JUDGE JOHNSTON
Case: 3:22-cv-50300 Document #: 1 Filed: 08/26/22 Page 1 of 7 PageID #:1
MAGISTRATE JUDGE SCHNEIDER

RECEIVED
8/26/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

22CV50300

Carl Jones

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

DeKalb Police Department
Stehlin Streit (1163)    Loechel, J (1152)
Farrell, S.R. (1068)     Verdone, C.P. (1175)
Fleury, M. (1209)        Kwasniewski, T.M. (1093)
Sullivan, K.K (1081)     DCSO (DCSO)
Dusek, E (3016)          DeKalb County

Case No: 21 CF 126
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

☒ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

☐ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

☐ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Carl Jones

B. List all aliases: N/A

C. Prisoner identification number: 217239

D. Place of present confinement: DeKalb County Jail

E. Address: 140 N Main St. Sycamore, IL 60178

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Stehlin Streit (1163)

Title: Deputy

Place of Employment: DeKalb Police Department

B. Defendant: Farrell, S.R. (1068)

Title: Sergeant

Place of Employment: DeKalb Police Department

C. Defendant: Fleury, M. (1209)

Title: N/A

Place of Employment: DeKalb Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II. Defendant(s):

D. Defendant: Sullivan, K.K (1081)

Title: N/A
Place of Employment: DeKalb Police Department

E. Defendant: Dusek, E (3016)
Title: N/A
Place of Employment: DeKalb Police Department

F. Defendant: Loechel, J (1152)
Title: N/A
Place of Employment: DeKalb Police Department

G. Defendant: Verdone, C.P. (1175)
Title: N/A
Place of Employment: DeKalb Police Department

H. Defendant: Kwasniewski, T.M. (1093)
Title: N/A
Place of Employment: DeKalb Police Department

Correction: A. Defendant: Stehlin Streit
Title: Sergeant
Place of Employment: DeKalb Police Department

2

Case: 3:22-cv-50300 Document #: 1 Filed: 08/26/22 Page 4 of 7 PageID #:4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The first John Doe officer to arrive on scene took over, and rolled me on my stomach after being choked out by the alleged victim. A John Doe officer, after rolling on my stomach, kneeled on my upper back, collapsing my lungs more until other John Doe officers arrived. On the contrary, while the officer was kneeling on my back, he allowed a civilian to remove my personal property from my coat pockets. Nevertheless, I struggled to inform the officer "I can't breath" before passing out from his body weight pressing on my chest. To the best of my knowledge after gaining concious, there were other officers on scene. I was cuffed, but I was too weak to move my body, and responded mostly by head nods. The officers had to help carry me to the car by my four limbs. I was layed flat first in the back seat of a police car. Then, a officer assisted to sit me up, and place a seat belt on from the opposite side of the car.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 3:22-cv-50300 Document #: 1 Filed: 08/26/22 Page 6 of 7 PageID #:6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

The officer whom got into the driver seat, drove off. I requested, after gasping, fighting to breath, for air and water. The officer driving asked if I wanted the window down. I nodded yes. The officer then cracked the window just a little. I recollect passing out a cupple times before struggling to ask for more air. He then let the window down a little more, and proceeded to ask if I wanted to go to the hospital. I said no to avoid medical bills, yet after seeing me passing out, he took it upon himself to take me. At arrival to Kishwaukee Community Hospital, I was taken to a room. As I recall, A doctor just walked in the room with a needle to withdraw blood, while I struggled to breath, cuffed to the bed, surrounded by multiple officers. I don't remember being asked about my conditions, nor were my vitals was checked prior to being treated. I refused to blood being withdrawed, and simply asked for cold water and air. I also remembered the officers said they were going to pay for the medical bill.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Claim medical hardship. Officers to be held reliable for damages caused by their unprofessional conduct. Their conduct caused plantiff mental and physical pain. Plantiff also Seeking possible decree to have officers dismiss due to their excessive force with knee on back, and plantiff is seeking the court to grant liability on behalf of plantiff. Monell Claim, Failure to intervene

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 20 day of August, 2022

_Carl Jones_
(Signature of plaintiff or plaintiffs)

Carl Jones
(Print name)

217239
(I.D. Number)

DEKALB COUNTY JAIL
150 N Main St, Sycamore, IL 60178
(Address)