[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Carl Jones

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

FILED
OCT 31 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

vs.

Dekalb Police Department
Dekalb County
Stehlin Streit
E. Dusek
J. Loechel
S.R. Farrell
A.S. Gates | DCSO (DCSO)
Fleury, M.
Sullivan, K.K.
Verdone, C.P.
Kwasniewski, T.M.

Case No: 22 CV 50300
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**   Amended Complaint

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

\_\_\_\_     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

\_\_\_\_     **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Carl Jones

   B. List all aliases: _____

   C. Prisoner identification number: 217239

   D. Place of present confinement: DeKalb County Jail

   E. Address: 150 N Main St. Sycamore, IL 60178

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: ~~Kleinmaier, A.J.~~ Stehlin Streit

      Title: _____

      Place of Employment: DeKalb Police Department

   B. Defendant: Parsons, S.N. DeKalb County

      Title: _____

      Place of Employment: ~~DeKalb Police Department~~ DeKalb County

   C. Defendant: ~~Paul, M.J.~~

      Title: _____

      Place of Employment: DeKalb Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Civil, 22 CV 50299

B. Approximate date of filing lawsuit: 8/22/2022

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Carl Jones

D. List all defendants: Kleinmaier, A.J.; Parson, S.N.; Loechel, J.; Abonce, J.; Goodwin, J.; Paul, M.J.; Ehrke, K.E.; Gates, A.S.; Soderstrom, B.; DeKalb Police Department; DeKalb County; Redel, R.C.; Wells, T.D.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Rockford, US District Court Northern District of Illinois Western Division

F. Name of judge to whom case was assigned: Iain D. Johnston

G. Basic claim made: Excessive Force by excessive tasing

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

According to the police report, Officer Stehlin Streit was the first to arrive on the scene, in a open field near 2350 Sycamore Road. Stehlin Streit took over and rolled me on my stomach after being in a choke-hold by the alleged victim. Stehlin Streit, after rolling on my stomach, he kneeled on my upper back, collapsing my lungs more until other officers arrived. On the contrary, while Stehlin Streit was kneeling on my back, he allowed a civilian to remove my personal property from my coat pockets. Nevertheless, I struggled to inform Stehlin Streit "I can't breath" before passing out from his body weight pressing on my chest. This is where defendant acted unlawfully by committing the act of aggravated battery by kneeing on my back, by the use of excessive force, which violated my constitution right. To the best of my knowledge, after gaining concious, officer E. Dusek arrived on the scene to assit the arrest, where he failed to intervene. I was cuffed, but to weak to move my body to get up, and responded mostly by head nods. Loechel

4

Revised 9/2007

Case: 3:22-cv-50300 Document #: 15 Filed: 10/31/22 Page 5 of 6 PageID #:58

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

and Dusek had to help carry me to the car by my four limbs. I was layed flat first in the back seat of Stehlin Streit's squad car. Then, a officer assisted to sit me up, and placed a seat belt on me from the right side of the vehicle. Farrel got in the driver seat and drove off. I requested, after gasping, fighting to breath for air, and water. Farrell asked if I wanted the window down. I nodded yes. Farrell then cracked the window just a little. I recollect passing out a cupple times before struggling to ask for more air. Farrell then let the window down a little more, and proceeded to ask if I wanted to go to the hospital. I said no to avoid medical bills, yet after seeing me passing out, he took it upon himself to take me. At arrival to Kishwaukee Community Hospital, I was taken to a room. As I recall, a doctor just walked in the room with a needle to withdraw blood, while I struggled to breath, cuffed to the bed, surrounded by multiple officers. I don't remember ever being asked about my conditions, nor were my vitals was checked prior to being treated. I refused to the blood draw, and simply asked for cold water and air. I also remembered the officers said they were going to pay for the medical bill.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Claim medical hardship. For officers to be held reliable for damages caused by their unprofessionale conduct. Their conduct caused plantiff mental and physical pain. Plantiff also seeking possible decree to have officers dismissed due to their excessive force, knee on back, and plantiff is seeking the court and Jury to grant liability cost on behalf of plantiff.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this October day of 13, 20 22

_Carl Jones_
(Signature of plaintiff or plaintiffs)

Carl Jones
(Print name)

217239
(I.D. Number)

150 N. Main St. Sycamore, IL 60178
(Address)

6          Revised 9/2007