Carl Jones
150 N Main St.
Sycamore, IL
60178

Clerk, U.S. District Court
U.S. District Court
Western Division
327 South Church Street
Rockford, IL 61101

Legal Mail

CAROL STREAM IL 601
27 OCT 2022 PM 6 L

ZIP 60178
02 4W
0000333875 OCT 27 2022
US POSTAGE $000.81