- Please refer to Ext. 1 Paragraph 3, where officer Streit. S. kneed on my back, applying pressure. He states I had my arms wrapped around the victim. He also allowed a female to search my pockets.

- Refer to Paragraph 7, where the alleged victim had me in a choke hold.

- Refer to Paragraph 9, where Sergeant Farrell transported me to Kishwaukee Hospital,

22 CV 50300

- Please refer to Ext. 2 for proof of filing a police complaint form

Ext. 1

# REPORTING OFFICER NARRATIVE

| *Dekalb Police Department* | | OCA *21-02184* |
|---|---|---|
| Victim ███████ | Offense *VEHICULAR HIJACKING* | Date / Time Reported *Sat 03/20/2021 10:58* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

The following report will reflect the summary of the investigation and the arrest of Carl Jones:

On 03/20/2021 at approximately 10:58 a.m., I, Sergeant Streit, was dispatched to a robbery at Subway, 2472 Sycamore Road. I was told that a white Jeep was involved, but there were no other details provided at the moment. I was standing inside 2438 Sycamore Road. I looked across the parking lot and I did not observe any activity. Dispatch advised that the robbery may be occurring at Kay Jewelers, located at 2462 Sycamore Road.

I drove to Kay Jewelers and I observed an employee, later identified to be ███████, in the store pointing south. Dispatch advised that the suspect ran across Barber Greene Road. I drove onto Barber Green Road and I observed a male in a purple and black coat, later identified to be ███████, pointing toward County Farm Road. I turned down County Farm Road and I observed two black males physically fighting in the open grassy field off the roadway near 2350 Sycamore Road. I activated my emergency lights, and my body camera was turned on. What follows is a summary.

███████ was on the phone, and was standing by watching the two males fight. I asked ███ which male was the suspect, and he told me the person was wearing black and he was on top. The male in the black coat, later identified to be Carl Jones, was sitting down, with his arms wrapped around the victim, later identified to be ███████. ███████ head was on the ground. I was driving a marked police squad car with the emergency lights activated, and I was in my patrol uniform with my badge on my chest. I told Jones multiple times to put his hands behind his back. I took hold of Jones' left arm and pried his arm away from ███ body, freeing ███. As I held onto Jones' arm, ███ took hold of Jones' feet and raised them in the air, putting me on my back and Jones on top of me. I placed both of my arms under each of Jones' arms and I held his arms away from his waist. Jones kicked ███, and I wrapped my legs around Jones' legs. ███ laid down on top of Jones' legs as I held onto his arms. DeKalb County Deputy Stehlin was off duty in plain clothes, but he arrived at the location to assist. Deputy Stehlin displayed his police badge to me and Jones for several seconds and he asked how he could help. I told Jones that there was another police officer on scene, and he needed to put his hands behind his back. I asked Deputy Stehlin to take hold of Jones' left hand. Deputy Stehlin took hold of Jones' left hand. Jones tried to stand up. I put my body weight on top of Jones to hold him on the ground as I held onto his right arm. Jones tried to pull his arm from his body and I was able to pull the arm out and place his arm behind his back. A female on the phone asking dispatch to "send more cops now." A female started to search Jones' pockets for weapons. My body camera turned off because I was using my chest to hold Jones down. I turned the camera back on. The camera turned off again and I turned the camera back on. I repositioned and the camera remained on. Deputy Stehlin and I held onto Jones until Officer Dusek arrived and placed handcuffs on Jones. I told Jones that I was going to lock his handcuffs, so they would not get tighter. I double locked the handcuffs on Jones. ███ started to say that Jones tried to steal the wrong car. Deputy Stehlin was kneeling beside ███. My knee was hovering over Jones back, but I was applying no pressure. Jones told me to get off his lungs. I told Jones to breath and that I had to search him.

Officer Sullivan arrived and she asked what I needed. I told Officer Sullivan that the male in the grey hooded sweatshirt was the victim and that she needed to speak with him. We rolled Jones onto his side. I asked Jones to stand up and I asked if he was done fighting. Jones asked me to pick up his charger. I told Jones I would get all his property. Jones said his legs were too tired. Officer Loechel and Officer Dusek stood Jones up and walked him to my squad car. Jones was placed in the back of my squad car.

Officer Verdone was speaking with the female that was searching Jones. See Officer Verdone's supplement for additional.

I spoke with ███████ and learned that he was the male that initially flagged me down as I drove up. A female who

| Reporting Officer: *STREIT, S.* R_CS3NC | Printed By: JGARCIA, 6011     09/14/2022 14:46 | Page 5 |
|---|---|---|

# REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| Dekalb Police Department | | 21-02184 |
| Victim | Offense | Date / Time Reported |
| WYRE, LAWRENCE V | VEHICULAR HIJACKING | Sat 03/20/2021 10:58 |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

was later identified to be ███████ said that she was at Subway and ███ went to eat Subway. ███ said that Jones walked up and talked to someone at T-Mobile briefly, but then walked away. ████ said that Jones jumped into ███ vehicle and tried to drive away. ████ said that ████ opened the driver door and said, "get out my car get out my car." ████ said that Jones got out of the car and ran from the area. ████ said that ███ chased Jones. ███ said that Jones "came out of nowhere." ████ said he spoke with Jones. Jones walked back the Jeep, turned around and then got into the Jeep. ████ said he asked ███ if the white Jeep was his car. ████ saw the car go in reverse and ████ ran to the car. ████ said that Jones and ████ fought for about "a minute or two," but ████ was able to get Jones out of the car. ████ said he saw me, and he saw Jones and ████ boxing.

7    Sergeant Farrell took my squad car to transport Jones to the police department. ████ was evaluated by the DeKalb Fire Department. I met with ████ at his vehicle in the parking lot of 2428 Sycamore Road. I asked ████ if he knew Jones, and he said no. ████ said he has never seen Jones. ████ said that Jones got into ████ car and started to do a three-point turn. ████ said he opened the door and grabbed onto Jones. ████ said he pushed Jones out the passenger side of the vehicle. Jones said that he "didn't want more smoke." ████ said he followed Jones in the car and Jones ran in the parking lot. ████ said that Jones walked across the street and ████ tripped Jones. They
→ wrestled and started to spar. ████ said he put Jones in a "choke hold." I asked ████ if Jones had any weapons and he said he did not believe so.

8    ████ gave officers consent to search his vehicle for weapons or anything that could have been left by Jones. ████ said we could search the car. I told ████ that the situation could have went poorly and he could have been seriously injured. ████ said that he made the decision to intervene, and he did not believe that Jones had a weapon. ████ started to cough as I spoke with him. ████ had damage on his car. ████ said the damage was from a previous accident. I asked ████ if Jones hit him. ████ said that Jones punched him in the face, and he pointed to his chin. ████ said he was punched where I contacted them. Officer Sullivan asked ████ what happened when they were inside the car. ████ said, "he punched me, but I ate the punch." ████ allowed me to take a picture of his injury. I gave ████ the case number and my name.

9    Sergeant Farrell advised he was transporting a male to the Kishwaukee Community Hospital. I went to Kay Jeweler's and I met with ████████. ████ said she saw a male run through the parking lot and a Jeep was chasing him. ████ said the Jeep was following the male. ████ said that the male running was dressed in all black and he had a black mask.

10    I went to the Kishwaukee Community Hospital. The hospital staff started to evaluate Jones, but he did not want medical attention. Officer Loechel said he located Jones' identification. I was familiar with two vehicle thefts in the area. I contacted Detective Gates and I asked that he come to the police department to speak with Jones. Jones was eventually released from the Kishwaukee Community Hospital. At approximately 1:00 p.m., Jones was placed into interview room number 130. Detective Gates spoke with Jones, see his supplement for additional. I learned that ████ stopped at KCH to be evaluated.

11    Officer Verdone showed me a video that he obtained from a witness on scene. ████ is attempting to remove Jones from the vehicle. The vehicle's engine is revving as if Jones' foot is on the accelerator.

12    I contacted ASA Hodder who approved charges of Attempt Vehicular Hijacking, Aggravated Battery, and Resisting a Peace Officer. I completed a synopsis and complaints. I fingerprinted and photographed Jones. While I was inventorying Jones' property, he said that the heavy coat did not belong to him. I called Officer Loechel who said he found Jones' cellphone and ID in the coat. The heavy coat was transported with Jones to the DeKalb County Jail. At approximately 5:45 p.m., Sergeant Kwasniewski transported Jones to the DeKalb County Jail without incident.

13    I requested the squad car video.

Ext. 2

opportunity.
innovation

DeKalb Police Department
700 W. Lincoln Highway
DeKalb, IL 60115
815/748-8400 · cityofdekalb.com

09/14/2022

Carl Jones                    (22 CV 50300)
150 N. Main St.
Sycamore, IL 60178

RE: Public Records Request of Sept. 08, 2022 Ref. # P000916-090922.

Dear Carl Jones,

This correspondence is regarding your Freedom of information Act request received by the City of DeKalb Police Department on Sept. 08, 2022.

Your request sought the following information:

Date of incident:

Name(s) of People involved in incident:

Address of incident:

Description of the record(s) requested: To whom it may concern, I have sent out two police complaint forms to 200 S. 4th St., DeKalb, IL 60115, the city manager's office. This letter is to confirm you have recieved them. One complaint (21CF126 on the day of 3/20/2021) & (22CF288 on day of 6/02/22). 3/20/2021 was an incident where an officer, S. Streit, kneed on my back which caused me to pass out, and was sent to the hospital. 6/02/2022 was an incident where officer Parson & Kleinmaier excessively tased me, where I was excessively tased on my spinal cord, lower back, tasor on skin. Please contact me at your earliest convenience, informing that you have received them & send a copy for 1982 purposes.

                    Sincerely, Carl Jones (217293)
                    150 N. Main St., Sycamore, IL 60178