UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Carl Jones | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 3-22-cv-50300 |
| | ) | Honorable Iain D. Johnston |
| Stehlin Streit, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated May 16, 2024 (ECF 64), the Parties, by and through their undersigned attorneys, respectfully submit this Joint Status Report and state as follows:

1. **Amended Complaint**

All parties have appeared in the Lawsuit. The DeKalb County Defendants were sent waivers of service on May 15, 2024. Those Defendants will be filing a Motion to Dismiss the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) on or before July 15, 2024.

2. **Status of Plaintiff's Criminal Cases**

Criminal case 2021CF000126 has been continued to June 17, 2024.

3. **Discovery**

Parties agree to extend Fact Discovery deadline to September 12, 2024. Parties will exchange discovery requests in due course.

Dated: June 17, 2024.

By: */s/ Jianan Jiang*
Justin L. Weisberg
Jianan Jiang
Robbins DiMonte, Ltd.
180 N. LaSalle Street, Ste. 3300
Chicago, IL 60601
jweisberg@robbinsdimonte.com
ajiang@robbinsdimonte.com
T: 312-782-9000

By: */s/ Tracy Stanker*
Tracy Stanker
Terry A. Ekl
Ekl, Williams & Provenzale LLC
901 Warrenville Road, Suite 175
Lisle, IL 60532
tstanker@eklwilliams.com
tekl@eklwilliams.com
T: 630-366-0837

By: */s/ Matthew D. Rose*
Matthew David Rose
Donahue & Rose, PC
9501 W. Devon Avenue, Ste. 702
Rosemont, IL 60018
mrose@rmcj.com
T: 312-541-1078