UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Carl Jones ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 3-22-cv-50300 |
| ) | Honorable Iain D. Johnston |
| James Stehlin, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

**CARL JONES'S MOTION FOR EXTENSION OF TIME TO FILE REPLIES TO DEKALB COUNTY DEFENDANTS' MOTION TO DISMISS AND CITY OF DEKALB DEFENDANTS' MOTION FOR PARTIAL SUMMARY <u>JUDGMENT ON THE PLEADINGS</u>**

Plaintiff Carl Jones ("Plaintiff"), by and through his undersigned attorneys, moves for an extension of time to file responses to James Stehlin, Andy Sullivan, and DeKalb County Sheriff's Office's ("DeKalb County Defendants")'s Motion to Dismiss and Sonny Streit, Elise Dusek, Mason Fleury, Kelly Sullivan, John E. Loechel, Charles Peter Verdone, Scott R. Farrell, Tony M. Kwasniewski, David Byrd, and the City of DeKalb's, an Illinois municipal corporation (the "City", collectively "City Defendants") Motion for Partial Summary Judgment on the Pleadings, and state as follows:

1. DeKalb County Defendants filed a Motion to Dismiss Second Amended Complaint (Dkt. No. 69) on July 12, 2024.

2. City Defendants filed a Motion for Partial Summary Judgment on the Pleadings (Dkt. Nos. 70-71) on July 15, 2024.

3. August 14 is the current due date of Plaintiff's responses to both motions (Dkt Nos. 73, 74).

4. At the time the both motions were filed, Plaintiff's counsel was in the midst of preparing for a federal jury trial due to be held August 12 to August 23 in the Northern District of Indiana. June 28, 2024 Proposed Pretrial Order, *ANCO Steel Company, Inc. v. Intermetal Rebar, LLC. et al*, No. 2:21-cv-00285-TLS (N.D. Ind.) Dkt. No. 129. A true and correct copy of the June 28, 2024 Proposed Pretrial Order is attached hereto as Exhibit 1.

5. Unexpectedly, the trial judge recused herself on July 30, 2024 and reassigned the case to a new judge. July 30, 2024 Order, *ANCO Steel Company, Inc.* Dkt No. 138. A true and correct copy of the July 30, 2024 Order is attached hereto as Exhibit 2.

6. Plaintiff's counsel was also facing a deposition close date of August 1, 2024 in *Olympia Club v. Delana Little and Village of Olympia Fields,* No. 2022 CH 08530, Circuit Court of Cook County. A true and correct copy of the Scheduling Order for the *Olympia Club* case is attached hereto as Exhibit 3.

7. Plaintiff's counsel also had to comply with a discovery deadline of August 9, 2024 in *Cyril v. Pereira et al.,* No. 2016/17. (D.V.I.). Plaintiff's counsel had to keep deposing witnesses with the final deposition ending last Friday, August 9, 2024. A true and correct copy of the Scheduling Order for the *Cyril* case is attached hereto as Exhibit 4.

8. Both Plaintiff's attorneys Justin L. Weisberg and Jianan Jiang worked over the weekend to draft responses to the DeKalb County Defendants' and City Defendants' Motion.

9. Plaintiff's attorneys believe more time is needed to adequately respond to all issues raised in these two complex dispositive motions.

10. For the reasons stated above the responses to these two motions cannot be completed by its current due date, and a seven-day extension is respectfully requested to August 21, 2024.

11. This is Plaintiff's first request for an extension of time to file a responsive pleading.

12. Neither DeKalb County Defendants nor City Defendants object to this Motion.

WHEREFORE, Plaintiff respectfully pray this Honorable Court extend to August 21, 2024 the time to file responses to DeKalb County Defendants' Motion to Dismiss and City Defendants' Motion for Partial Summary Judgment on the Pleadings.

Dated: August 13, 2024.


By: */s/ Justin L. Weisberg*
Justin L. Weisberg
Jianan Jiang
*Attorneys for Plaintiff*
Robbins DiMonte, Ltd.
180 N. LaSalle Street, Ste. 3300
Chicago, IL 60601
jweisberg@robbinsdimonte.com
ajiang@robbinsdimonte.com
T: 312-782-9000

## **CERTIFICATE OF SERVICE**

I certify that on August 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to all parties of record.

By: */s/ Jianan Jiang*
Robbins DiMonte, Ltd.
180 N. LaSalle Street, Ste. 3300
Chicago, IL 60601
jweisberg@robbinsdimonte.com
ajiang@robbinsdimonte.com
T: 312-782-9000