# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| ANCO STEEL COMPANY, INC., <br>       Plaintiff, <br><br> v. <br><br> JRC OPCO, LLC n/k/a INTEREBAR FABRICATORS, LLC, <br>       Defendant. <br><br> ──────────────────────── <br><br> JRC OPCO, LLC n/k/a INTEREBAR FABRICATORS, LLC, <br>       Counter-Plaintiff, <br><br> v. <br><br> ANCO STEEL COMPANY, INC., <br>       Counter-Defendant. <br><br> ──────────────────────── <br><br> JRC OPCO, LLC n/k/a INTEREBAR FABRICATORS, LLC, <br>       Third-Party Plaintiff, <br><br> v. <br><br> LOUIS PAULA, <br>       Third-Party Defendant. | CAUSE NO.: 2:21-CV-285-TLS |

## ORDER

Pursuant to 28 U.S.C. § 137 and Northern District of Indiana Local Rule 40-1(f)(1), the Court finds that the speedy administration of justice requires that this case be reassigned. Accordingly, the undersigned hereby RECUSES herself from this matter and DIRECTS the Clerk of Court to reassign this case to another district judge in accordance with the Local Rules.

SO ORDERED on July 30, 2024.

                                                s/ Theresa L. Springmann <br>
                                                JUDGE THERESA L. SPRINGMANN <br>
                                                UNITED STATES DISTRICT COURT