# EXHIBIT 3

#34963

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| OLYMPIA CLUB HOMEOWNERS ASSOCIATION,<br>     Plaintiff,<br>  v.<br>DELENA LITTLE, Defendant, and<br>VILLAGE OF OLYMPIA FIELDS, a Nominal Defendant,<br>     Defendants. | )<br>)<br>)<br>) Case No. 2022 CH 08530<br>)<br>) Cal. 12<br>) Honorable Judge Sophia H. Hall<br>) |

**AGREED RULE 218 ORDER**

THIS CAUSE coming before the Court on May 28, 2024 to be heard on status, due notice given, and the Court being fully advised in the premises and by agreement of the parties:

IT IS HEREBY ORDERED:

1. All written discovery shall be completed by **June 15, 2024,** subject to all parties' ongoing duty to supplement written discovery and document productions or pursuant to Rule 201k discussions by and between the parties.

2. All depositions of F1 and F2 witnesses shall be completed by **August 1, 2024.**

3. Any dispositive motion shall be filed on or before **August 30, 2024**; responses shall be filed on or before **September 20, 2024** and replies shall be filed on or before **October 4, 2024.**

4. Trial Date is set for **October 21, 2024.**

5. The previous deadlines set with respect to Rule 218 are stricken.

6. Delena Little's Motion to Compel Discovery is entered and continued generally. This case is continued for status on September 4, 2024 at 10:00 a.m. This status will be conducted via Zoom Court Appearance, Zoom Meeting ID: 990 0014 8007; Zoom Password: 545631; Dial In: 312-626-6799.

DATED: 5/30/24

ENTER:

Judge Sophia H. Hall

ENTERED
Judge Sophia H. Hall-0162
MAY 30 2024
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

1

*Prepared and Agreed to by:*

| **OLYMPIA CLUB HOMEOWNERS ASSOCIATION**<br><br>By: */s/ Carolina Sales*<br>Justin L. Weisberg<br>Carolina Sales<br>ROBBINS DIMONTE, LTD.<br>180 N. LaSalle St., Ste. 3300<br>Chicago, IL 60601<br>T: 312-782-9000<br>F: 312-782-6690<br>FIRM ID: 99688<br>jweisberg@robbinsdimonte.com<br>jharris@robbinsdimonte.com | **DELENA LITTLE**<br><br>By: */s/ John A. Krupa*<br>John A. Krupa<br>Illinois Justice Center, Inc.<br>The Law Offices of John A. Krupa & Associates<br>195 W. Joe Orr Rd., Suite 200<br>Chicago Heights, Illinois 60411<br>T: 888-888-2258<br>F: 708-799-4444<br>jkrupa@krupalaw.com<br><br>**THE VILLAGE OF OLYMPIA FIELDS**<br><br>*/s/ Jaymen A. Avery III*<br>Jaymen A. Avery III<br>Odelson, Sterk, Murphey, Frazier, McGrath, Ltd.<br>3318 West 95th Street<br>Evergreen Park, Illinois 60805<br>javery@omfmlaw.com<br>P: 708.634.0266 |

2