UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Carl Jones ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 3-22-cv-50300 |
| ) | Honorable Iain D. Johnston |
| Stehlin Streit, et al., ) | |
| ) | |
| Defendant. ) | |

### REVISED JOINT STATUS REPORT

Pursuant to the Court's order dated August 6, 2024 (Dkt. 76), the Parties, by and through their undersigned attorneys, respectfully submit this Revised Joint Status Report and state as follows:

1. **Pending Motions**

City of Dekalb Defendants filed their Motion for Partial Judgment on the Pleadings on July 15, 2024. Parties agree to extend Plaintiff's deadline to file response to August 21, 2024. City of Dekalb Defendants have until September 4, 2024 to reply.

Dekalb County Defendants filed their Motion to Dismiss for Failure to State a Claim on July 12, 2024 Parties agree to extend Plaintiff's deadline to file response to August 21, 2024. Dekalb County Defendants have until September 4, 2024 to reply.

2. **Status of Plaintiff's Criminal Cases**

Jones has been sentenced for criminal case 2021CF000126 and is currently located in Stateville Correctional Center.

3. **Status of Discovery**

The Parties have exchanged Rule 26(a)(1)(A) disclosures.

Plaintiff's counsel has received documents from Plaintiff and is in the process of screening the documents. Plaintiff will produce documents after screening is completed.

Written discovery requests have not been propounded by any party.

There have been no depositions taken and no depositions have been scheduled.

There are not currently any pending or unresolved discovery disputes.

It is Plaintiff's position that an extension of fact discovery deadline may be required given that the County Defendants only made Rule 26 disclosure on August 13, 2024.

It is Defendants position that the fact discovery deadline of September 12, 2024 should stand. Plaintiff filed his Second Amended Complaint on January 4, 2024 and has not propounded any discovery requests in this case to date. Plaintiff and the City of DeKalb Defendants exchanged Rule 26(a) disclosures on May 15, 2024. Plaintiff did not attempt to serve the DeKalb County Defendants for four months after filing the Second Amended Complaint and it was not until May 15, 2024 that Plaintiff sent the DeKalb County Defendants a waiver of service. Accordingly, the DeKalb County Defendants filed their Motion to Dismiss the Second Amended Complaint on July 12, 2024 and tendered their Rule 26(a) disclosures on August 13, 2024.

4. **Settlement Discussions**

The parties have not engaged in any settlement discussions. At this time, the parties do not believe that there is a likelihood that this case will be resolved through settlement.

Dated: August 13, 2024.

By: */s/Jianan Jiang*                          By: */s/ Matthew David Rose*
Justin L. Weisberg                            Matthew David Rose
Jianan Jiang                                    Donahue & Rose, PC
Robbins DiMonte, Ltd.                     9501 Technology Blvd, Ste. 4400
180 N. LaSalle Street, Ste. 3300        Rosemont, IL 60018
Chicago, IL 60601                          mrose@drlawpc.com
jweisberg@robbinsdimonte.com          T: 312-541-1078
ajiang@robbinsdimonte.com
T: 312-782-9000

By: */s/ Tracy L. Stanker*
Terry A. Ekl
Tracy L. Stanker
Ekl, Williams & Provenzale LLC
901 Warrenville Road, Suite 175
Lisle, IL 60532
tstanker@eklwilliams.com
tekl@eklwilliams.com
T: 630-654-0045