# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Carl Jones

                  Plaintiff,

v.                                             Case No.: 3:22−cv−50300

                                                      Honorable Iain D. Johnston

E. Dusek, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 14, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Plaintiff's unopposed motion for extension of time [77], is granted. Plaintiff has until 08/21/24 to respond to Defendants' motion to dismiss and motion for partial judgment on the pleadings. Defendants have until 09/05/24 to reply. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.