22-50299
22-50300

1. Carl Jones, III

2. Prison ID #: Y64252
   Name of Prison: Vienna CC

3. Jail ID #: 217239
   Name of Jail: DeKalb County Jail

4. D.O.B.: 08/24/1993

5. Home address
   Street name & #: 8041 S. Green
   City, State & Zip Code: Chicago, IL 60620

**FILED**

AUG 19 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT