UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Western Division

Carl Jones
                Plaintiff,

v.                                         Case No.: 3:22−cv−50300
                                                  Honorable Iain D. Johnston

E. Dusek, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 17, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Telephonic status conference held on 09/17/24 to discuss the status of the case. The close of fact discovery is reset to 12/18/24. At this time, discovery will proceed only on the excessive force related claims. Discovery as to the *Monell* claims is stayed. The parties shall file a joint status report by 11/15/24 updating the Court on the status of discovery. The Court will set further dates following receipt of the joint status report. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.