## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Carl Jones
                        Plaintiff,

v.                                                       Case No.: 3:22−cv−50300
                                                                       Honorable Iain D. Johnston

E. Dusek, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2025:

      MINUTE entry before the Honorable Margaret J. Schneider: Telephonic status conference held on 05/01/25 to discuss the status of discovery. The parties reported that Plaintiff did not appear for his deposition that was scheduled on 04/30/25. As discussed during the hearing, the Court stays the close of fact discovery at this time. The parties are ordered to meet and confer to discuss the issues raised on the record. Plaintiff's Motion for Protective Order [101] and Defendants' Motion for Sanctions and Response to Plaintiff's Motion for Protective Order [104] are denied without prejudice at this time. The parties are directed to file a joint status report by 05/09/25 updating the Court as to whether the parties plan to stipulate to admission of relevant videos, if no stipulation is imminent, the parties should inform the Court when they plan to proceed with Plaintiff's deposition. Regarding the issues as to payment of expenses for appointed Plaintiff's counsel that were discussed during the hearing, the Court notifies Plaintiff's counsel that Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases may be found on the District's website at http://www.ilnd.uscourts.gov, by clicking on the link to Pro Bono Resources for Trial Bar Attorneys. The Court will set further dates following receipt of the status report.Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.