**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Carl Jones | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 3-22-cv-50300 |
| | ) | Honorable Iain D. Johnston |
| James Stehlin, et al., | ) | Magistrate Judge Margaret Schneider |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated May 1, 2025 (ECF 105), the Parties, by and through their undersigned attorneys, respectfully submit this Joint Status Report and state as follows:

1. Since the court hearing on May 1, 2025, counsel for the parties have conferred on whether they could agree on stipulations regarding the videos of the incident at issue in this lawsuit to stay Plaintiff' deposition pending resolution of Defendants' motion for summary judgment.

2. The parties have agreed to stipulations regarding the admissibility of videos of the incident for the sole purpose of summary judgment, staying discovery, and requesting a summary judgment prefiling conference with Judge Johnston.

3.

Dated: May 12, 2025.

| | |
|---|---|
| By: */s / Justin L. Weisberg* | By: */s/ Matthew David Rose* |
| Justin L. Weisberg | Matthew David Rose |
| Buchalter | Donahue & Rose, PC |

| | |
|---|---|
| 180 North LaSalle Street, Suite 3300 | 9501 Technology Blvd., Ste. 4400 |
| Chicago, IL 60601 | Rosemont, IL 60018 |
| (312) 456-0190 | mrose@drlawpc.com |
| (773) 405-0887 | T: 312-541-1078 |
| jweisberg@buchalter.com | |

By: */s/ Tracy Stanker*
Tracy Stanker
Terry A. Ekl
Ekl, Williams & Provenzale LLC
901 Warrenville Road, Suite 175
Lisle, IL 60532
tstanker@eklwilliams.com
tekl@eklwilliams.com
T : 630-242-8231