## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Carl Jones
                         Plaintiff,

v.                                              Case No.: 3:22−cv−50300
                                                      Honorable Iain D. Johnston

E. Dusek, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2025:

      MINUTE entry before the Honorable Margaret J. Schneider: Telephonic status conference held on 05/21/25 to discuss the status of the case. For reasons stated on the record, the Court resets the close of fact discovery to 06/20/25. Additional fact discovery will be limited to Plaintiff's deposition and the deposition of one other person as requested by Plaintiff's counsel. The parties are to file a joint status report by 06/25/25 updating the Court on the status of the close of fact discovery. The Court will set further dates following receipt of the joint status report. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.