**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**GENERAL ORDER 25-0018**

Michael F. Iasparro has entered on duty as a Magistrate Judge for the Northern District of Illinois, with a duty station in Rockford, Illinois, effective May 30, 2025; and

Internal Operating Procedure 17 provides for the creation of an initial calendar for a newly appointed magistrate judge; therefore

It is hereby ordered that the attached list of civil consent cases, civil referrals, and criminal cases are hereby reassigned to form the initial calendar of the Honorable Michael F. Iasparro; and

It is further ordered pursuant to Local Rule 73.1(e), the attached list of civil cases where the parties previously consented to proceed before the magistrate judge, pursuant to Local Rule 72.1, the parties may object within 21 days of reassignment. If a timely objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending; and

It is further ordered that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new magistrate judge for twelve months from the date of this Order; and

It is further ordered that, unless otherwise ordered by Magistrate Judge Iasparro, all hearing dates, deadlines, and schedules set by the magistrate judges in the attached list of cases are to remain in effect. Litigants are encouraged to review Magistrate Judge Iasparro's webpage for further information.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 30th day of May, 2025

**Civil Consent Cases**

| | |
|---|---|
| 3:22-cv-50396 | Owners Insurance Company v. Step Seven LLC et al |
| 3:23-cv-50021 | Leifheit v. Williams |
| 3:23-cv-50075 | Gamez v. Bisignano |
| 3:23-cv-50082 | Usedom v. Bisignano |
| 3:23-cv-50102 | O'Neal v. Bisignano |
| 3:23-cv-50170 | Cox v. Bisignano |
| 3:23-cv-50306 | Huntington v. Bisignano |
| 3:23-cv-50369 | Prothero v. Bisignano |
| 3:23-cv-50379 | Cantrell v. Ennis |
| 3:23-cv-50432 | Smelser v. Bisignano |
| 3:23-cv-50440 | Krueger-Negron v. Bisignano |
| 3:24-cv-50002 | Berman v. Bisignano |
| 3:24-cv-50029 | Willis v. Bisignano |
| 3:24-cv-50136 | Dillard v. Smoking Grill & Pizzeria, LLC |
| 3:24-cv-50192 | Arwood v. Bisignano |
| 3:24-cv-50199 | Keener v. Bisignano |
| 3:24-cv-50221 | Noa v. Strange |
| 3:24-cv-50397 | Brown v. Bisignano |
| 3:24-cv-50429 | Dodds v. Bisignano |
| 3:24-cv-50449 | Zeek v. Bisignano |
| 3:24-cv-50519 | Halford v. Bisignano |
| 3:25-cv-50008 | Eberhardt v. Bisignano |
| 3:25-cv-50010 | Kramer v. Bisignano |
| 3:25-cv-50039 | Drazkowski v. Bisignano |
| 3:25-cv-50095 | Bomkamp v. Bisignano |
| 3:25-cv-50110 | White v. Don't Worry Be Hoppy, LLC |
| 3:25-cv-50118 | Drummond v. Bisignano |
| 3:25-cv-50138 | Matthei v. Bisignano |

| | |
|---|---|
| 3:25-cv-50165 | Finks v. Bisignano |
| 3:25-cv-50204 | Murphey v. Bisignano |

## Civil Referrals

| | |
|---|---|
| 3:17-cv-50185 | Langdon v. ServiCom, LLC |
| 3:19-cv-50051 | Short v. Varga et al |
| 3:19-cv-50168 | Harris v. Rockford Police Department et al |
| 3:20-cv-50029 | Coleman v. Nicklaus |
| 3:20-cv-50381 | Chaudhry et al v. Community Unit School District 300 Board of Education et al |
| 3:20-cv-50390 | Washington v. Conley et al |
| 3:20-cv-50447 | Landis v. Shellhammer et al |
| 3:21-cv-50094 | White v. Powell et al |
| 3:21-cv-50150 | Wagner v. Lowe |
|     3:21-cv-50453 | Wagner v. Wexford Health Source Inc. et al |
|     3:23-cv-50145 | Wagner v. Zenn et al |
| 3:21-cv-50195 | Franklin Dugger v. USF Holland, LLC |
| 3:21-cv-50214 | Dotson et al v. Menard, Inc. |
| 3:21-cv-50293 | Lisle, Jr. v. Rightious et al |
|     3:22-cv-50112 | Lisle, Jr. v. Hammes et al |
|     3:22-cv-50122 | Lisle, Jr. v. Kulavic et al |
|     3:22-cv-50338 | Lisle, Jr. v. Ditzler et al |
| 3:21-cv-50327 | Karastev v. Garnett |
| 3:21-cv-50405 | Daval v. Zahtz et al |
| 3:21-cv-50456 | Brown v. Lee et al |
| 3:21-cv-50481 | Anderson v. Greene |
| 3:22-cv-50041 | Kindstrom v. Lake County et al |
| 3:22-cv-50075 | Shott v. County of McHenry, Illinois et al |
| 3:22-cv-50100 | Clark v. Ennis |

| | |
|---|---|
| 3:22-cv-50115 | Ruderman et al v. McHenry County et al |
| 3:22-cv-50154 | Groves Incorporated v. R.C. Bremer Marketing Associates Inc et al |
| 3:22-cv-50159 | No Joke, Inc. v. West Bend Mutual Insurance Company |
| 3:22-cv-50196 | Amble v. Rockford Fire Department |
| 3:22-cv-50231 | Poitra v. Mandaville |
| 3:24-cv-50041 | Poitra v. The United States |
| 3:22-cv-50265 | Havrilesko v. Petry Home Builders LLC et al |
| 3:22-cv-50284 | Revels et al v. Super 8 by Wyndam et al |
| 3:22-cv-50300 | Jones v. Streit et al |
| 3:22-cv-50384 | Crosspoint Church of Rockford v. Church Mutual Insurance Company, S.I. |
| 3:22-cv-50354 | Moore et al v. Lauer et al |
| 3:22-cv-50434 | Crayton v. Moore et al |
| 3:22-cv-50452 | Federico v. Board of Education of Oregon Community Unit School District 220 et al |
| 3:23-cv-50019 | Thomas v. Greene |
| 3:23-cv-50052 | Martinez v. Zahtz et al |
| 3:23-cv-50062 | Thurman et al v. Titan Tire Corporation of Freeport |
| 3:23-cv-50074 | Smith v. Williams |
| 3:23-cv-50097 | Orloff et al v. Kamaria et al |
| 3:23-cv-50104 | Wadelton v. Whiteside County et al |
| 3:23-cv-50113 | Sustainability Management Partners, LLC v. Tessler Construction Company, Inc. |
| 3:23-cv-50138 | Erickson v. Linde Gas & Equipment Inc. |
| 3:23-cv-50171 | Wigginton v. City of Belvidere et al |
| 3:23-cv-50185 | Wigginton v. Postal Service |
| 3:23-cv-50186 | Wigginton v. United States Postal Inspection Services et al |
| 3:23-cv-50211 | Foat v. Greene |
| 3:23-cv-50231 | Harris v. Paredes et al |
| 3:23-cv-50235 | Olczk Olas v. ReliaStar Life Insurance Company et al |

| | |
|---|---|
| 3:23-cv-50292 | Doe v. DeKalb Community Unit District 428 et al |
| 3:23-cv-50267 | Hernandez v. Williams et al |
| 3:23-cv-50276 | O'Quinn v. Williams et al |
|    3:24-cv-50096 | O'Quinn v. Tuell et al |
|    3:24-cv-50395 | O'Quinn v. Mershon et al |
| 3:23-cv-50284 | Woods v. Bruno et al |
|    3:25-cv-50043 | Woods v. AFSCME Local Officers Union et al |
| 3:23-cv-50327 | Barghouti v. Williams et al |
|    3:24-cv-50230 | Barghouti v. Presley et al |
|    3:25-cv-50070 | Barghouti v. Sword et al |
| 3:23-cv-50340 | Hamer v. McHenry County Sheriff et. al. |
| 3:23-cv-50349 | McCloud v. Martinez et al |
| 3:23-cv-50358 | Brown et al v. Midland States Bank et al |
| 3:23-cv-50366 | Oxford House, Inc. v. City of Rockford, Illinois |
| 3:23-cv-50421 | Leach v. Greene |
| 3:23-cv-50444 | Palmer v. Booker et al |
| 3:23-cv-50462 | Eason v. Raoul et al |
|    3:24-cv-50220 | Eason v. Raoul et al |
| 3:24-cv-50018 | Stoicescu v. Hamilton Sunstrand Corporation et al |
| 3:24-cv-50020 | United States of America v. Guzman |
| 3:24-cv-50024 | Malone v. Owens et al |
| 3:24-cv-50040 | Bialaski v. Quantum Enterprises, Inc. |
| 3:24-cv-50056 | Boykins v. Dortch et al |
| 3:24-cv-50076 | AssuredPartners of Illinois, LLC v. Hawkins et al |
| 3:24-cv-50068 | Hunt v. Mabley Family Association, Inc. et al |
| 3:24-cv-50075 | Mann v. Nissan Motor Co. Ltd et al |
| 3:24-cv-50079 | McCurdy v. Wisconsin & Southern Railroad Company |
| 3:24-cv-50102 | Profit v. Tuell et al |

| | |
|---|---|
| 3:24-cv-50107 | Henderson v. Yellow Banana, LLC |
| 3:24-cv-50109 | United States of America v. $198,967 In United States Currency |
| 3:24-cv-50112 | Lee v. Castanedo et al |
| 3:24-cv-50118 | Marks v. Kaiser et al |
| 3:24-cv-50116 | Su v. Red Oak Tree Service, Inc. et al |
| 3:24-cv-50124 | Dawson v. County Of McHenry et al |
| 3:24-cv-50127 | Ventura v. Lammer |
| 3:24-cv-50137 | Pierritz, Jr. v. Williams et al |
| 3:24-cv-50142 | Gensler v. United States of America |
| 3:24-cv-50160 | Mannie v. Long et al |
| 3:24-cv-50167 | ANR Pipeline Company v. 7.17 Acres, More or Less, In McHenry County, Illinois et al |
| 3:24-cv-50172 | Pope v. Chattick et al |
| 3:24-cv-50177 | Briarwood Office Center II Condominium Association v. West Bend Mutual Insurance Company |
| 3:24-cv-50179 | Hall v. Galor et al |
| 3:24-cv-50203 | Sinitean v. Kolls et al |
| 3:24-cv-50206 | Aguiniga v. Windy City Fox Motorsports |
| 3:24-cv-50219 | Almanza v. City of DeKalb et al |
| 3:24-cv-50236 | Stark, Jr. v. Lammer |
| 3:24-cv-50271 | Schultz v. WalMart, Inc. |
| 3:24-cv-50279 | Tschirhart et al v. Northrop Grumman Corporation et al |
| 3:24-cv-50283 | Woodard v. Fernandez et al |
| 3:24-cv-50291 | Bugos v. BNSF Railway Company |
| 3:24-cv-50313 | Britten v. Illinois Department of Corrections et al |
| 3:25-cv-50156 | Britten v. Tack |
| 3:24-cv-50316 | Rubio v. Barwick |
| 3:24-cv-50318 | Hudson v. Board of Trustees of |
| 3:24-cv-50326 | St. Paul's Lutheran Church NALC v. Church Mutual Insurance Company, S.I. |

| | |
|---|---|
| 3:24-cv-50328 | Daheya v. Nailor et al |
| 3:24-cv-50334 | Hall v. Jeffreys et al |
| 3:24-cv-50343 | Logan v. Wexford Health Sources, Inc. et al |
| 3:24-cv-50345 | Doe v. Northwest Special Education Cooperative et al |
| 3:24-cv-50353 | Rodgers v. 3M Company |
| 3:24-cv-50361 | Moring et al v. State Automobile Mutual Insurance Company |
| 3:24-cv-50362 | King v. Manzano |
| 3:24-cv-50485 | King v. Rodriguez |
| 3:24-cv-50374 | Blanchard v. Hughes et al |
| 3:24-cv-50394 | Daugherty v. AWF Transport, LLC et al |
| 3:24-cv-50398 | Greater Rockford Airport Authority v. Schenker, Inc. |
| 3:24-cv-50411 | Edwards v. United States of America |
| 3:24-cv-50412 | Freeman v. Dixon C.C. et al |
| 3:24-cv-50434 | Happ v. Hughes et al |
| 3:24-cv-50456 | Peterson v. Wal-Mart Associates, Inc. |
| 3:24-cv-50457 | Sharky's Sports Bar et al v. Village of Mt. Morris Illinois et al |
| 3:24-cv-50464 | Qualls v. Silgan Containers Manufacturing Corporation |
| 3:24-cv-50468 | RoadSafe Traffic Systems, Inc, v. Great Plains Laborers District Council Local Union No. 727 |
| 3:24-cv-50469 | Doe D.B. v. The Church of Jesus Christ of Latter-Day Saints et al |
| 3:24-cv-50471 | Kalagian v. Clearflame Engines, Inc. |
| 3:24-cv-50477 | Collins v. Bory et al |
| 3:24-cv-50490 | Harrington et al v. Brighthouse Financial |
| 3:24-cv-50498 | Hernandez v. Greene |
| 3:24-cv-50504 | American Free Enterprise Chamber of Commerce v. Engine Manufacturers Association et al |
| 3:24-cv-50510 | Gonzalez v. Lammer |
| 3:24-cv-50513 | Cobblestone Woods Townhouse Condominium Association v. Greater New York Mutual Insurance Company |

| | |
|---|---|
| 3:24-cv-50528 | Howard v. Transdev Services, Inc. |
| 3:25-cv-50004 | August v. Barwick |
| 3:25-cv-50005 | Genworth Life Insurance Company v. Roberts et al |
| 3:25-cv-50007 | Lopez-Gonzalez v. Lammer |
| 3:25-cv-50018 | Hicks v. UW Health Swedish American et al |
| 3:25-cv-50020 | Graham v. McHenry County Correctional Facility et al |
| 3:25-cv-50029 | Matthews v. Tack et al |
| 3:25-cv-50034 | Richardson v. Smith |
| 3:25-cv-50050 | Corrugated Metals, Inc. v. United States Steel Corporation |
| 3:25-cv-50055 | Ashford IV v. Rockford Police Department et al |
| 3:25-cv-50057 | Wells Fargo Bank, N.A. v. Emery Air, LLC |
| 3:25-cv-50059 | Ferguson, Jr. v. U.S. Department of the Treasury et al |
| 3:25-cv-50061 | Recycle Plastic Industrial Co., Ltd. v. Everon Polymers LLC, et al |
| 3:25-cv-50065 | Garcia v. Lammer |
| 3:25-cv-50067 | Construction Industry Retirement Fund of Rockford, Illinois and Construction Industry Welfare Fund of Rockford, Illinois v. Porter Brothers Construction, Inc. |
| 3:25-cv-50071 | Mielke v. Valley Hi Nursing Rehab |
| 3:25-cv-50074 | Jordan v. Woodmans Food Market |
| 3:25-cv-50075 | Miller v. The Pension Specialists, Ltd. |
| 3:25-cv-50079 | Madigan v. 3M Company |
| 3:25-cv-50084 | Miller v. The Pension Specialists, LTD. |
| 3:25-cv-50085 | Cayetano v. Lammer |
| 3:25-cv-50088 | Lee v. Transdev Services, Inc. |
| 3:25-cv-50099 | Bojorquez-Parra v. Lammer |
| 3:25-cv-50101 | Albert v. State of Illinois et al |
| 3:25-cv-50112 | Construction Industry Retirement Fund Of Rockford Illinois v. Accurate Heating & Cooling, LLC |

| | |
|---|---|
| 3:25-cv-50115 | Construction Industry Retirement Fund Of Rockford Illinois v. U.S. Architectural Glass & Metal |
| 3:25-cv-50116 | Wirth v. Bisignano |
| 3:25-cv-50119 | Turner et al v. Dairy Farmers of America, Inc. et al |
| 3:25-cv-50125 | Munoz v. Cleo Communications, Inc. |
| 3:25-cv-50128 | Rangel v. Cleo Communications, Inc. |
| 3:25-cv-50134 | Salinas-Apac v. Lammer |
| 3:25-cv-50139 | Salazar- Cruz v. Lammer et al |
| 3:25-cv-50140 | Meadow Run Estates Funding, LLC v. West Bend Mutual Insurance Company |
| 3:25-cv-50146 | Construction Industry Retirement Fund of Rockford, Illinois v. Diversified Sheet Metal, Inc. |
| 3:25-cv-50148 | Han v. Lammer |
| 3:25-cv-50150 | Roca v. Lammer et al |
| 3:25-cv-50151 | Roca v. Lammer |
| 3:25-cv-50155 | Doe v. Cleo Communications, Inc. |
| 3:25-cv-50158 | Doe v. Cleo Communications, Inc. |
| 3:25-cv-50159 | Welch Burg v. Cleo Communications, Inc. |
| 3:25-cv-50163 | Williams v. Thompson et al |
| 3:25-cv-50171 | Riley v. Rolling Frito- Lays Sales, LP |
| 3:25-cv-50172 | Ashley v. Cleo Communications, Inc. |
| 3:25-cv-50173 | Harper v. Cleo Communications, Inc. |
| 3:25-cv-50176 | Jiwani v. Cleo Communications US, LLC et al |
| 3:25-cv-50177 | West v. Cleo Communications, Inc. et al |
| 3:25-cv-50179 | Soristo v. Ulta Salon, Cosmetics, & Fragrance, Inc. |
| 3:25-cv-50185 | Boles v. Cleo Communications US, LLC et al |
| 3:25-cv-50189 | Alford v. USIC Locating Services, LLC |
| 3:25-cv-50191 | Valentine v. Idleburg |
| 3:25-cv-50194 | Sheth v. Cleo Communications US, LLC et al |
| 3:25-cv-50195 | Bowers v. Cleo Communications US, LLC et al |

| | |
|---|---|
| 3:25-cv-50201 | White v. Lammer |
| 3:25-cv-50208 | Hays v. Bisignano |
| 3:25-cv-50209 | Gorman v. Rochelle Broadcasting Company, Inc. |
| 3:25-cv-50212 | Samuels v. Silva et al |
| 3:25-cv-50215 | Williams v. Interstate Power Systems, Inc. |
| 3:25-cv-50216 | Drew v. Diedrich et al |
| 3:25-cv-50218 | Tarbill v. Experian Information Solutions, Inc. et al |
| 3:25-cv-50221 | Iron Workers Local No. 498 Pension Plan et al v. SCCS Schmidt Certified Crane Services, Inc |

**Criminal Referrals**

| | |
|---|---|
| 3:24-cr-50042 | USA v. Rosales |
| 3:24-cr-50043 | USA v. Erickson |
| 3:24-cr-50044 | USA v. Williams |
| 3:24-cr-50048 | USA v. Jones |
| 3:25-cr-50012 | USA v. Price, et al |
| 3:25-cr-50020 | USA v. Allison |