UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Carl Jones, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 3:22-cv-50300 |
| v. | ) | |
| | ) | Judge Iain D. Johnston |
| James Stehlin, et al., | ) | Magistrate Judge Michael F. Iasparro |
| | ) | |
| Defendants. | ) | **Jury Trial Demanded** |

### CORRECTED AGREED MOTION OF PLAINTIFF AND DEKALB POLICE DEFENDANTS TO EXTEND DISCOVERY DEADLINE

Plaintiff Carl Jones ("Plaintiff"), by and through his attorney, Justin L. Weisberg at Buchalter and Defendants Sonny Streit, Elise Dusek by and through their attorneys, Matthew D. Rose at Donahue & Rose, PC (collectively, the "Parties"), jointly move this Honorable Court for an extension of the deadline for completion of fact discovery.

In support thereof, the Parties state as follows:

**1.** The deadline for completion of fact discovery in this case is set for June 20, 2025 as limited to Plaintiffs' deposition and one other person as requested by Plaintiff's counsel. May 21, 2025, Minute Order. **[DOC #110]**.

2. The Deposition of Plaintiff was completed on Monday, June 9, 2025.

3. Plaintiff selected Defendant, DeKalb Police Officer, Sonny Streit for the remaining deposition and originally attempted to schedule him within the original discovery deadline and sent a notice of deposition for June 12, 2025 at 1 pm.

4. Officer Streit is in police training and a deposition date was not available until June 26, 2025.

BN 90383486v3

5. The parties Carl Jones, Sonny Streit and Elise Dusek are in agreement of the deposition date of Officer, Sonny Streit on June 26, 2025, and to continue discovery through June 26, 2025 to allow the deposition date to go forward.

6. Defendant, James Stehlin has not agreed to the motion for extension.

7. Based on the forgoing circumstances, the Parties jointly request that the discovery deadline for the present case be extended to June 27, 2025 for the Deposition of Officer Sonny Streit, and the date Joint Status Report for Discovery be extended from June 25, 2025 until July 2, 2025.

WHEREFORE, Plaintiff and Defendants jointly respectfully request that the fact discovery deadline be extended up to and including June 27, 2025, and the Joint Status Report date for June 25, 2025 be continued to July 2, 2025.

Dated June 17, 2025

| Carl Jones, | DeKalb Police |
| Plaintiff. | Defendants. |

By: */s/ Justin L. Weisberg*  
    Justin L. Weisberg  
    Buchalter  
    180 N. LaSalle Street, Ste. 3300  
    Chicago, IL 60601  
    jweisberg@Buchalter.com  
    *Attorneys for Plaintiff*

By: */s/ Matthew D. Rose*  
    Matthew D. Rose  
    Donahue & Rose, PC  
    9501 Technology Boulevard  
    Ste 4400  
    Rosemont, IL 60018  
    mrose@drlawpc.com  
    *Attorneys for Defendants*