UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Western Division

Carl Jones
                    Plaintiff,

v.                                            Case No.: 3:22−cv−50300
                                                        Honorable Iain D. Johnston

E. Dusek, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2025:

      MINUTE entry before the Honorable Michael F. Iasparro: Plaintiff and Defendants Streit and Dusek's motion to extend the discovery deadline [113] is granted over Defendant Stehlin's objection. The close of fact discovery is extended to 6/27/2025 solely to depose Defendant Streit. All other fact discovery is closed. The parties' joint status report on the completion of fact discovery is now due 7/2/2025. The parties' motion to extend [112] is stricken as superseded by motion [113]. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.