UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Carl Jones | ) | |
|     *Plaintiff,* | ) | |
| v. | ) | |
| | ) | Case No.: 3-22-cv-50300 |
| James Stehlin, et al., | ) | Honorable Iain D. Johnston |
|     *Defendants.* | ) | Magistrate Judge Michael F. Iasparro |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated June 18, 2025 (ECF 114), the Parties, by and through their undersigned attorneys, respectfully submit this Joint Status Report and state as follows:

1. On May 21, 2025, the Court extended the date to complete fact discovery to June 20, 2025 and limited any further fact discovery to the deposition of Plaintiff and one other witness as designated by Plaintiff's counsel. Dkt. 110. That deadline was further extended to June 27, 2025, for the sole purpose of deposing Defendant Sonny Streit. Dkt. 114.

2. Plaintiff was deposed on June 9, 2025. Sonny Streit was deposed on June 26, 2025.

3. The parties intend to schedule a summary judgment prefiling conference with Judge Johnston.

Dated: July 2, 2025.

By: */s / Justin L. Weisberg*
Justin L. Weisberg
Buchalter
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
(312) 456-0190
(773) 405-0887
jweisberg@buchalter.com

By: */s/ Matthew David Rose*
Matthew David Rose
Donahue & Rose, PC
9501 Technology Blvd., Ste. 4400
Rosemont, IL 60018
mrose@drlawpc.com
T: 312-541-1078

By: */s/ Tracy Stanker*
Tracy Stanker
Ekl, Williams & Provenzale LLC
901 Warrenville Road, Suite 175
Lisle, IL 60532
tstanker@eklwilliams.com
T : 630-242-8231