# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Carl Jones
                      Plaintiff,

v.                                         Case No.: 3:22−cv−50300
                                                    Honorable Iain D. Johnston

E. Dusek, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2025:

      MINUTE entry before the Honorable Michael F. Iasparro: The Court has reviewed the parties' status report [115]. All fact discovery is now complete, and the parties request a summary judgment prefiling conference. By 7/17/2025, the parties shall consult Judge Johnston's standing order on summary judgment and contact Judge Johnston's Operations Specialist to schedule a summary judgment prefiling conference. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.